Date:  01/13/11

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-15594 - PRITCHETT, PAUL GREGORY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Sure Finance Co.<br>1106 1/2 Texas Street<br>Woodward OK 73801 | 000002 | 850.10 | 2.23 |
| Neurological Surgery Assoc. Inc.<br>102 S. VanBuren<br>Enid OK 73703-5866 | 000004 | 25.00 | 0.07 |
| Kingfisher Regional Hospital<br>500 S. 9th<br>Kingfisher OK 73750 | 000006 | 362.73 | 0.95 |
| ----------- Remittance Total --------------- | | 1,237.83 | 3.25 |

SUSAN MANCHESTER, Trustee